## Commonwealth v. Celione, Appellant.

Argued April 15, 1907. Appeal, No. 153, Jan. T., 1907, by defendant, from judgment of O. & T. Lancaster Co., Sept. T., 1906, No. 175, on verdict of guilty of murder of the first degree in case of Commonwealth v. Joseph Celione. Before MITCH-ELL, C. J., BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

OPINION BY MR. JUSTICE ELKIN, June 3, 1907:

For reasons stated in the opinion this day filed in Commonwealth v. Anthony Delero, 218 Pa. 487, the judgment in this case is affirmed, and it is directed that the record be remitted to the court of oyer and terminer of Lancaster county for the purpose of execution.